STATE OF MAINE                           SUPERIOR COURT
HANCOCK, ss                              DOCKET NO. CV-09-67
                                         KMC -HAN- 2 20/2010


HANCOCK COUNTY
        Plaintiff

V.


TEAMSTERS UNION LOCAL 34
        o/b/o Natalie Walker
        Defendant




                    DECISION AND ORDER

        Defendant Teamsters brought a claim regarding overtime
payment due to Natalie Walker under a collective bargaining
agreement between the Plaintiff Hancock County and
Defendant Teamsters Union Local 340.

        Plaintiff brought a claim pursuant to 14 M.R.S.
§5928(2) [Uniform Arbitration Act], to stay an arbitration
proceeding.  That statute provides in part that "… the
court may stay an arbitration proceeding commenced or
threatened on a showing that there is no agreement to
arbitrate."  Counsel have provided a copy of the labor
agreement between Plaintiff and Defendant together with
supporting affidavits and documentation as well as written
argument.  This matter was orally argued on January 29,
2010.

        Plaintiff submitted evidence that Natalie Walker was
employed for less then six months at the time the alleged
overtime pay was due to her.  While the Defendant does not
concede this point, it offers no evidence in opposition to
the length of time this employee was employed.  The
Defendant argues that the language in the Municipal Public
Employees Labor Relations Act at §962, definitions,
requires an interpretation of the contract favoring
arbitrations.  In particular the Defendant relies on the
language "(a)s used in this chapter the following terms

                              1

shall, *unless the context requires a different interpretation*, have the following meanings…" Defendant argues that this language permits/compels the underlying contract to be interpreted in favor of allowing an arbitrator to determine if the term 'public employee' can be interpreted based on past business practice to have been amended to include a part time employee.

The Court agrees that the contract between Plaintiff and Defendant that provides for arbitration (See Article 46), is predicated on and draws its meaning from the Maine Public Employees Labor Relations Law. That statute provides in short sentences that a part time employee is not a Public Employee, as that term is used in the Act. *City of Bangor v. AFSCME Council 74*, 449 A.2d 1129 (ME. 1982).

This Court views Defendant as not requesting an expansive interpretation of the language of the Maine Public Employees Labor Relations Law, but asking that it be re-written. It is for the legislature to provide the relief requested by the Defendant, not this Court.

The Court is satisfied that the Plaintiff has met its burden of showing that there is no agreement to arbitrate because it has shown that the employee is not a covered Public Employee such that this dispute qualifies for arbitration under the agreement between Plaintiff and Defendant.

The Motion to Stay Arbitration proceedings between Plaintiff and Defendant with respect to this claim is granted. It is ORDERED that any arbitration proceedings that have been commenced or are threatened to be commenced with respect to this claim are hereby stayed.

February 23, 2010

Kevin M. Cuddy
Justice, Superior Court

Attest _____
Clerk of Courts

2

Attorney for: HANCOCK COUNTY
TIMOTHY A PEASE  - RETAINED 11/09/2009
RUDMAN & WINCHELL
84 HARLOW ST
PO BOX 1401
BANGOR ME 04402-1401

Attorney for: HANCOCK COUNTY
DEBRA REECE  - RETAINED 01/12/2010
RUDMAN & WINCHELL
84 HARLOW ST
PO BOX 1401
BANGOR ME 04402-1401

vs
TEAMSTERS UNION LOCAL 340 - DEFENDANT
,

Attorney for: TEAMSTERS UNION LOCAL 340
HOWARD REBEN  - RETAINED 11/25/2009
REBEN, BENJAMIN & MARCH
97 INDIA STREET
PO BOX 7060
PORTLAND ME 04112-7060

Attorney for: TEAMSTERS UNION LOCAL 340
ADRIENNE COHEN HANSEN  - RETAINED 01/08/2010
REBEN, BENJAMIN & MARCH
97 INDIA STREET
PO BOX 7060
PORTLAND ME 04112-7060

SUPERIOR COURT
HANCOCK, ss.
Docket No  ELLSC-CV-2009-00067

**DOCKET RECORD**

Filing Document: COMPLAINT
Filing Date: 11/09/2009

Minor Case Type: OTHER EQUITABLE RELIEF

## Docket Events:

11/12/2009 FILING DOCUMENT - COMPLAINT FILED ON 11/09/2009

A TRUE COPY
Attest_____
Clerk of Courts

11/12/2009 Party(s): HANCOCK COUNTY
        ATTORNEY - RETAINED ENTERED ON 11/09/2009
        Plaintiff's Attorney: TIMOTHY A PEASE

11/12/2009 Party(s): HANCOCK COUNTY
        MOTION - MOTION STAY OF PROCEEDINGS FILED ON 11/09/2009
        TO STAY ARBITRATION, W/AFFIDAVIT OF CYNTHIA A. DEPRENGER

11/12/2009 CERTIFY/NOTIFICATION - CASE FILE NOTICE SENT ON 11/12/2009

11/23/2009 Party(s): HANCOCK COUNTY
        SUMMONS/SERVICE - PROOF OF SERVICE SERVED ON 11/16/2009
                                                            ON TEAMSTERS'

        UNION....